**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:10-CV-273-RJC-DCK**

| | | |
|---|---|---|
| **MITCHELL GATEWOOD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| | ) | |
| **JULIE MUELLER, Special Agent with the** | ) | |
| **Federal Bureau of Investigation, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* following the filing of Defendants' Motions To Dismiss (Document Nos. 11 and 12).

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that he has a right to respond to Defendants' Motions to Dismiss. The Court also advises Plaintiff that failure to respond may result in Defendants being granted the relief they seek, that is, the dismissal of the Complaint.

**IT IS THEREFORE ORDERED** that Plaintiff may respond to the pending Motions to Dismiss (Document Nos. 11 and 12) on or before **September 27, 2010**. Failure to file timely and persuasive responses will likely lead to the dismissal of this lawsuit.

Signed: September 14, 2010

David C. Keesler
United States Magistrate Judge