# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mitchell Gatewood,

    Plaintiff,  JUDGMENT IN A CIVIL CASE

vs.  3:10-cv-273-RJC

Julie Mueller, David Yu, and Kevin Jones,

    Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 20, 2010 Order.

    Signed: October 20, 2010

Frank G. Johns, Clerk
United States District Court